```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  TARA S. NAYAK (SBN 289240)
    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
 3  203 Redwood Shores Parkway, Suite 480
    Redwood City, California 94065
 4  Telephone: 650.637.9100
    Facsimile: 650.637.8071
 5
    Attorney for Defendant
 6  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY
 7
    RICHARD W. MEIER (SBN 40961)
 8  JON-PAUL MOOREHEAD (SBN 265069)
    LAW OFFICES OF RICHARD W. MEIER
 9  11 Embarcadero West, Ste 133
    Oakland, CA 94607
10  Phone: 510.834.3600
    Facsimile: 510.834.2648
11
    Attorney for Plaintiff
12  LAWRENCE EBERHART
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE EBERHART,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 15-cv-1762 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: 7/30/15<br>Time: 9:30 am<br>Dept.: Courtroom 5, 17FL<br>The Honorable Edward M. Chen |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This stipulation to continue the scheduling conference in the above-referenced matter is made and entered into by and between plaintiff LAWRENCE EBERHART, and defendant STATE FARM AUTOMOBILE INSURANCE COMPANY ("State Farm"), referred to collectively as the "Parties."

## RECITALS

1. WHEREAS, the scheduling conference in this matter is currently to be held on July 30, 2015, at 9:30 a.m. in the above referenced Court.

2. WHEREAS, counsel for State Farm is unavailable on the date currently scheduled for the status conference.

3. WHEREAS, counsel for the Parties are unavailable on Thursdays until September 3, 2015.

4. WHEREAS, the Parties have agreed to continue the scheduling conference in the above-referenced matter to September 3, 2015 at 9:30 a.m., or such other date as the court may choose.

## STIPULATION

Lawrence Eberhart and State Farm hereby stipulate to continue the case management conference in the above-referenced matter to September 3, 2015 at 9:30 a.m., or such other date as the court may choose, in the above-referenced court.

Dated: July 15, 2015      LAW OFFICES OF RICHARD W. MEIER

By      /S/ Jon-Paul Moorehead
        RICHARD W. MEIER
        JON-PAUL MOOREHEAD
        Attorneys for Plaintiff
        LAWRENCE EBERHART

Dated: July 15, 2015      HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By      /S/ Stephen P. Ellingson
        STEPHEN M. HAYES
        STEPHEN P. ELLINGSON
        Attorneys for Defendant
        STATE FARM GENERAL INSURANCE
        COMPANY

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the July 30, 2015 case management conference is hereby continued to September 3, 2015 at 9:30 a.m. in Courtroom 5. A joint CMC statement shall be filed by August 27, 2015.

Dated: July 16, 2015

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen