```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  JAMIE A. RADACK (SBN 221000)
    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
 3  203 Redwood Shores Parkway, Suite 480
    Redwood City, California 94065
 4  Telephone: 650.637.9100
    Facsimile: 650.637.8071
 5
    Attorney for Defendant
 6  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY
 7
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE EBERHART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 15-cv-1762 EMC<br><br>**STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by plaintiff Lawrence Eberhart by and through his attorney of record, Richard W. Meier of the Law Offices of Richard W. Meier, and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

Dated: September 2, 2016　　　　LAW OFFICES OF RICHARD W. MEIER

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　RICHARD W. MEIER
　　　　　　　　　　　　　　　　　　JON-PAUL MOOREHEAD
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　LAWRENCE EBERHART

Dated: September 8, 2016        HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

[PROPOSED] ORDER

IT IS SO ORDERED

Dated: _____09/13_____, 2016

By _____
HON. _____
UNITED _____
NORTH _____

*Judge Edward M. Chen*